TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00472-CV

Edgar Staha, Appellant

v.

Bent Tree Condominiums Homeowners' Association, Inc., Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT

NO. 99-1033, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on July 20, 2000. 
Accordingly, appellant's brief was due on August 21, 2000. 

 By letter dated August 21, 2000, the Clerk of this Court notified the parties that the
appeal was subject to dismissal for want of prosecution unless appellant filed a brief by September
5, 2000, or tendered a motion for extension of time reasonably explaining the failure to do so. 
Thus far, appellant has submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Prosecution

Filed: September 21, 2000

Do Not Publish